DAVID B. BARLOW, United States Attorney, (#13117)
DON BROWN, Special Assistant United States Attorney (#0464)
348 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 524-3083
Facsimile: (801) 524-4366

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
MAY 10 2012
BY D. MARK JONES, CLERK
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. RAMON ARMANDO LOPEZ, Defendant. | MAGIS. NO. 2:12mj125 PMW **COMPLAINT** VIO: 21 U.S.C. §841(a)(1) Possession of Methamphetamine with Intent to Distribute |

Before Paul M. Warner, United States Magistrate Judge for the District of Utah, appears the undersigned, who on oath deposes and says:

### COUNT 1

On or about May 9, 2012, in the Central Division of the District of Utah,

RAMON LOPEZ,

the named defendant herein, did knowingly and intentionally possess with intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, within the meaning of 21 U.S.C. § 812; in violation of 21 U.S.C. §841(a)(1), and punishable pursuant to 21 U.S.C. §841(b)(1)(A).

This complaint is based on information obtained through an investigation including the following:

1. Complainant is a Task Force Officer assigned to the Drug Enforcement Administration Metro Narcotics Task Force in Salt Lake City. Complainant is familiar with the facts and circumstances alleged in this complaint.

2. On May 9, 2012, the defendant was stopped by a Utah Highway Patrol Trooper when the vehicle he was driving was observed committing a traffic violation.

3. The defendant consented to a search of the vehicle.

4. A drug detection dog indicated the presence of a controlled substance in the vehicle and a search revealed two (2) pounds of a substance testing positive for methamphetamine.

STEVEN COLUNGA, Task Force Officer
DEA Metro Narcotics Task Force

DAVID B. BARLOW
United States Attorney

DON BROWN
Special Assistant United States Attorney

SUBSCRIBED AND SWORN TO BEFORE ME this 10th day of May, 2012.

HONORABLE PAUL M. WARNER
United States Magistrate Judge