_____

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:12cr261 RJS |
| Plaintiff, | : | |
| vs. | : | **ORDER** <br> **GRANTING LEAVE** <br> **TO DISMISS INDICTMENT** |
| RAMON ARMANDO LOPEZ, | : | |
| Defendant. | : | Judge Robert J. Shelby |

_____

Upon motion of the United States the Court, grants leave to the United States Attorney, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, to file a dismissal of the Indictment in the above-titled case.

DATED this _____ day of March, 2013.

BY THE COURT:

_____
ROBERT J. SHELBY, Judge
United States District Court